IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-21289-KING

SAFARI LTD.,

    Plaintiff,

vs.

ADONIX TRANSCOMM, INC. and
SAGE SOFTWARE, INC.

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE is before the Court upon Plaintiff's Motion to Compel (DE #69), filed January 10, 2011.[1] Therein, Plaintiff requests that this Court compel Defendant Sage Software, Inc. to produce certain "source codes" that it claims were the subject of a discovery request propounded July 21, 2010. In its motion, Plaintiff provides the Court with a timeline of continuous requests to Defendant Sage to produce the requested source codes. All of Plaintiff's requests were rebuffed by Defendant, who contended that the requested material was highly confidential and not relevant to these proceedings.

Upon consideration of the parties' filings and legal arguments, the Court finds that Plaintiff's Motion to Compel is untimely and therefore barred. Under the Local Rules of the Southern District of Florida, "[a]ll motions related to discovery, including but not limited to motions to compel discovery and motions for protective order, shall be filed within thirty (30)

---

[1] Defendant Sage Software, Inc. filed a Motion to Strike (DE #82) on January 26, 2011, in which it responded to Plaintiff's Motion to Compel. As such, Plaintiff's original motion is now ripe for determination by this Court.

days of the occurrence of the grounds for the motion." S.D. Fla. L.R. 26.1(h)(1). As such, at the latest, Plaintiff was required to file any motion to compel within thirty days of Defendant's response to his production request, on or before August 21, 2010. Plaintiff did not do so. Instead, Plaintiff now moves the Court to compel the production of Defendant's source codes over five months later, five days after the completion of discovery, and on the final day of the motion deadline set by this Court's Scheduling Order. Such delay cannot support a motion to compel.

Additionally, because the affidavit submitted by Plaintiff in support of its Motion to Compel was completed by an expert who was not disclosed to Defendant prior to the completion of the discovery deadline, that affidavit must be stricken. The Court's Scheduling Order (DE #39) is clear: all discovery was required to be complete by January 5, 2011 and the first pre-trial conference is scheduled for March 11, 2011. Insomuch as Plaintiff's submission of an expert affidavit that was neither disclosed to Defendant before the completion of the discovery period or in compliance with the Local Rules of the Southern District, which require disclosure of all expert witnesses 90 days prior to the first pre-trial conference, that affidavit and expert must be stricken.

Accordingly, after a careful review of the record and being otherwise fully advised, it is therefore, **ORDERED, ADJUDGED** and **DECREED** that:

1. Plaintiff's Motion to Compel (DE #69) be, and the same is hereby, **DENIED** as untimely.

2. The affidavit (DE #69-5) filed by Plaintiff in support of its Motion to Compel shall be **STRICKEN** for failure to comply with the Federal and Local Rules of Civil Procedure.

3. Defendant's Motion to Strike (DE #82) is **GRANTED**, except that the Court shall not order sanctions against Plaintiff at this time.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 27th day of January, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**Cc:**
**Counsel for Plaintiff/Counter-Defendant**
**Tom John Manos, Esq.**
Tom J Manos PA
One Brickell Square 9th Floor
801 Brickell Avenue
Miami, FL 33131
305-341-3100
Fax: 305-341-3102
Email: Tmanos@tjmlawfirm.com

**Counsel for Defendants/Counter-Claimants**
**Dennis Parker Waggoner**
Hill Ward & Henderson
101 E Kennedy Boulevard
Suite 3700 PO Box 2231
Tampa, FL 33601
813-221-3900
Fax: 221-2900
Email: dwaggoner@hwhlaw.com

**J. Scott Slater**
Hill Ward & Henderson
101 E Kennedy Boulevard
Suite 3700 PO Box 2231
Tampa, FL 33601
813-221-3900
Fax: 221-2900
Email: sslater@hwhlaw.com